# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal Case No. 6:09cr00006-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| **JERRY WALLACE CARTER, JR.** | ) | By: Norman K. Moon |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Carter's motion pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is **STRICKEN** from the active docket of the court.

Further, finding that Carter has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send copies of this order and the accompanying memorandum opinion to petitioner.

**ENTER:** This 15th day of April, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE